ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
SEP 29 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 06-00020 |
| Plaintiff, ) | |
| vs. ) | **PETITION FOR WRIT OF REMOVAL** |
| ERICK WOTULO, ) | |
| Defendant. ) | |

Petitioner, United States Attorney for the District of Guam, respectfully shows this Court that:

On September 19, 2006, a sealed Indictment was filed in the United States District Court for the District of Maryland, against the Defendant ERICK WOTULO, under Criminal Case No. CCB-06-0416. The Defendant was charged with certain offenses, and subsequently the United States District Court for the District of Maryland issued a Warrant for Arrest of Defendant. See United States' Application to Seal Exhibits A and B. The Defendant was later arrested by a Special Agent of the U.S. Immigration and Customs Enforcement.

//
//
//

1  WHEREFORE, petitioner prays this Court to issue a Warrant of Removal pursuant to
2  Fed.R.Crim.P. 5(c) for said Defendant to be removed from the District of Guam to the District of
3  Maryland.
4  Dated this 29th day of September, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney