# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City ___Hagåtña___

Country/Parish ___N/A___

**Related Case Information:**

Superseding Indictment _____ Docket Number __06-00020__

Same Defendant _____ New Defendant __X__

Search Warrant Case Number _____

R 20/ R 5(c) from _____

**RECEIVED SEP 29 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Defendant Information:**

Juvenile: Yes ___ No __X__  Matter to be sealed: ___ Yes __X__ No

Defendant Name ___ERICK WOTULO___

Allisas Name _____

Address _____

Birth date __XX/XX/__ SS# __N/A__ Sex __M__ Race __A__ Nationality __Republic of Indonesia__

**U.S. Attorney Information:**

AUSA __Marivic P. David__

Interpreter: ___ No __X__ Yes   List language and/or dialect: __Indonesian__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __3__  ___ Petty ___ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371, and 22 U.S.C. § 2278 | CONSPIRACY TO EXPORT ARMS AND AMMUNITION | 1 |
| Set 2 | 18 U.S.C. § 2339B(A)(1) | CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION | 2 |
| Set 3 | 18 U.S.C. § 1956(a)(2)(A), and 18 U.S.C. § 2 | MONEY LAUNDERING | 3 |
| Set 4 | | | |

(Continued on reverse)

Date: __9/29/06__  Signature of AUSA: _[signature]_