# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-06-00020      DATE: September 29, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Leilani Hernandez
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 6:46:46 - 6:53:53
CSO: F. Tenorio      7:09:26 - 7:09:42

**APPEARANCES:**

Defendant: Erick Wotulo      Attorney: G. Patrick Civille
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Marivic P. David      U.S. Agent: John Burgess, B.I.C.E.
U.S. Probation: Carleen Borja      U.S. Marshal: R. Lumagui / V. Roman / J. Curry
Interpreter: Ranjna Dewan      Language: Hindi

**PROCEEDINGS: Initial Appearance on Petition for Removal**

- Financial Affidavit reviewed and accepted: G. Patrick Civille appointed to represent the defendant.
- Mr. Civille informed the Court that his client needs an Indonesian interpreter. Accordingly, the Court continued the hearing.
- Mr. Civille stated that he was unaware that he used a government interpreter to translate for him. Upon his request, the Court instructed the government interpreter not to disclose any information he received while translating.
- Proceedings continued to: October 3, 2006 at 10:30 a.m.
- The Court instructed the Marshals Service to make arrangements with Department of Corrections for Mr. Civille to visit his client with an Indonesian interpreter.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: