```
                                              FILED
                                         DISTRICT COURT OF GUAM

                                              OCT - 2 2006

                                            MARY L.M. MORAN
                                            CLERK OF COURT
```

# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>**ERICK WOTULO,**<br><br>        Defendant. | MAGISTRATE CASE NO. **06-00020**<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **G. PATRICK CIVILLE** is appointed to represent the defendant in the above-entitled case.

Dated this 29th day of September, 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM

**ORIGINAL**