1   LEONARDO M. RAPADAS
    United States Attorney
2   MARIVIC P. DAVID
    Assistant U.S. Attorney
3   Suite 500, Sirena Plaza
    108 Hernan Cortez Ave.
4   Hagåtña, Guam  96910
    Tel:  (671) 472-7332/7283
5   Fax:  (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM

OCT -2 2006

**MARY L.M. MORAN
CLERK OF COURT**

6   Attorneys for the United States of America

7              **IN THE UNITED STATES DISTRICT COURT**

8                  **FOR THE DISTRICT OF GUAM**

9

10  UNITED STATES OF AMERICA,           )       MAGISTRATE CASE NO. 06-00020
                                        )
11                      Plaintiff,      )
                                        )
12          vs.                         )              **ORDER**
                                        )       Granting United States' Application
13                                      )         to Unseal Exhibits A and B
    ERICK WOTULO,                       )
14                                      )
                        Defendant.      )
15  _____ )

16          This matter having come before this Honorable Court based on the United States'

17  Application to Unseal Exhibits A and B, filed October 2, 2006, in the above-captioned matter;

18  and the Court finding good cause for the issuance of the order;

19          **IT IS HEREBY ORDERED** that the United States' Application to Seal and Exhibits A

20  and B attached thereto be unsealed.

21

22

23  DATE: October 2, 2006

24                                      JOAQUIN V. E. MANIBUSAN, JR.
                                        Magistrate Judge
25                                      District Court of Guam

26
                            ORIGINAL
27

28