# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-06-00020  DATE: October 03, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 10:33:50 - 10:50:10
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Erick Wotulo  Attorney: G. Patrick Civille
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Marivic P. David  U.S. Agent: John Burgess, B.I.C.E.
U.S. Probation: Carleen Borja  U.S. Marshal: V. Roman / S. Lujan
Interpreter: Foo Mee Chun Clinard  Language: Indonesian

**PROCEEDINGS: Continued Initial Appearance on Petition for Removal**
- Defendant advised of his rights and charges.
- Identity Hearing <u>waived</u>.
- Warrant of Removal issued.
- Defendant remanded to the custody of the U.S. Marshals Service for the District of Guam for removal to the District of Maryland.

NOTES: