LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT -3 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE DISTRICT COURT OF GUAM

## FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA,       )       MAGISTRATE CASE NO. 06-00020
                                )
                    Plaintiff,  )
                                )
          vs.                   )       **WARRANT OF REMOVAL**
                                )
ERICK WOTULO,                   )
                                )
                    Defendant.  )
_____ )

TO:    U.S. MARSHAL
       District of Guam

          An Indictment for defendant, ERICK WOTULO, having been filed in the United States

District Court for the District of Maryland, Case No. CCB-06-0416, charging ERICK

WOTULO, with Conspiracy to Export Arms and Munitions, in violation of 18 U.S.C. § 371 and

22 U.S.C. § 2778; Conspiracy to Provide Material Support to a Foreign Terrorist Organization,

in violation of 18 U.S.C. § 2339B(a)(1); Money Laundering, in violation of 18 U.S.C. §

1956(a)(2)(A); and Aiding and Abetting, in violation of 18 U.S.C. § 2; and a Warrant for Arrest

having been issued for his arrest, and

# ORIGINAL

Said ERICK WOTULO, having been arrested in this District on a warrant of arrest issued pursuant to the above indictment, admitted identity, and to being held to answer in the District of Maryland, ERICK WOTULO is committed to your custody pending removal to the District of Maryland;

You are therefore commanded to remove ERICK WOTULO forthwith to the District of Maryland and there deliver him to the United States Marshal for the District or to some other officer authorized to received him.

DATED this 3rd day of October 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam